UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RASHUNDA CAMARA WALTON,

             Plaintiff,

-against-

THE CITY OF NEW YORK, NEW YORK CITY HOUSING AUTHORITY, and CHAD LEWIN, individually,

             Defendants.

No. 23-cv-2564 (LAP)

ORDER

---

LORETTA A. PRESKA, Senior United States District Judge:

    The Court withdraws the portion of its order, dated May 23, 2023 (dkt. no. 15) directing the Clerk of the Court to mark this action as closed and denying all motions as moot.

**SO ORDERED.**

Dated:    May 24, 2023
           New York, New York

                                            */s/ Loretta A. Preska*
                                            LORETTA A. PRESKA
                                            Senior United States District Judge